UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Jordon Lilley,

    Plaintiff,

vs.

Greene Central School District, et al.,

    Defendants.

STIPULATION OF DISMISSAL

No. 3:21-CV-871 FJS/ML

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, and the Court should dismiss this action.

Dated: December 10, 2021

_____
Wendy K. DeWind, Esq. (302095)
Attorney for Defendants
520 Columbia Drive, Suite 204
Johnson City, NY 13790
Tel. (607) 797-4839
Fax: (607) 797-6123
Email: wdewind@hsldg.com

Dated: December 10, 2021

_____
Ronald R. Benjamin, Esq. (101131)
Attorney for Plaintiff
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13905
Tel: (607) 772-1442
Email: ronbenjaminlaw@stny.rr.com

It is SO ORDERED.

Date: January 10, 2022

_____
Frederick J. Scullin, Jr.
Senior United States District Judge